COPY

MICHAEL B. MILLER
mmiller@mofo.com
CRAIG B. WHITNEY (CA SBN 217673)
cwhitney@mofo.com
ADAM J. HUNT
adamhunt@mofo.com
MORRISON & FOERSTER LLP
1290 Avenue of the Americas
New York, New York 10104
Telephone: 212.468.8000
Facsimile: 212.468.7900

MARK R. MCDONALD (CA SBN 137001)
mmcdonald@mofo.com
MORRISON & FOERSTER LLP
555 West Fifth Street, Suite 3500
Los Angeles, California 90013
Telephone: (213) 892-5200
Facsimile: (213) 892-5454

Attorneys for Plaintiff
NAME.SPACE, INC.

FILED
2012 OCT 10 PM 1:13
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| NAME.SPACE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS,<br><br>Defendant. | Case No. CV12-8676 PA (PLAx)<br><br>**PLAINTIFF NAME.SPACE, INC.'S NOTICE THAT THERE IS NO RELATED CASE PENDING IN THE CENTRAL DISTRICT [L.R. 83-1.3]**<br><br>Date Action Filed:<br>October 9, 2012 |

ny-1061051

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to Local Rule 83-1.3.1, Plaintiff name.space Inc., by and through its undersigned counsel, states that, to the best of its knowledge and belief, there are no cases related to this action pending in the Central District.

Dated: October 10, 2012      MORRISON & FOERSTER LLP

By: _____
Michael B. Miller
Craig B. Whitney
Adam J. Hunt
Mark R. McDonald

Attorneys for Plaintiff
NAME.SPACE, INC.

ny-1061051