JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAME.SPACE, INC., | CV 12-8676 PA (PLAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| INTERNET CORPORATION FOR ASSIGNED NAMES AND NUMBERS, | |
| Defendant. | |

Pursuant to the Court's March 4, 2013 Minute Order dismissing the claims of plaintiff name.space, Inc. ("Plaintiff") against defendant Internet Corporation for Assigned Names and Numbers ("Defendant") and Plaintiff's March 14, 2013 Notice of Intent Not to File an Amended Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's second claim relief is dismissed with prejudice and the remainder of this action is dismissed without prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff take nothing and Defendant shall have its costs of suit.

DATED: March 19, 2013

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE